UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR 10350 RCL |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| JOSEPH CALCAGNO, ) | 29 U.S.C. § 439(c) (Falsification of Financial Records Required to be kept by Labor Union) |
| ) | |
| defendant. ) | |

INFORMATION

The United States Attorney charges:

General Allegations

1. At all times relevant to this Information, Massachusetts Laborers' District Council, Local Union 1162, L.I.U.N.A. was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29 of the United States Code.

2. Beginning in or before 1998 and continuing until in or about December 1999, JOSEPH CALCAGNO served as the Business Manager/Secretary-Treasurer of Laborer's Local 1162.

3. In his capacity as Secretary-Treasurer, JOSEPH CALCAGNO was required to maintain records of all financial transactions for Laborer's Local 1162.

4. Among the records maintained in records of Laborer's Local 1162 by JOSEPH CALCAGNO were a series of receipts purporting to reflect payments made to the Campello Veteran's Fireman's Association ("Campello") in Brockton, Massachusetts. These receipts purported to reflect payments to Campello of approximately $6,305 between February and November of 1999 for expenses related to meetings.

5.  The documents maintained in the records of Laborers Local 1162 related to putative payments to Campello were false and fraudulent. In actuality, Campello did not receive $6,305 from Laborers Local 1162 in 1999. Although Laborers Local 1162 sometimes used a facility operated by Campello, Laborers Local 1162 was not required to make regular payments to Campello for the use of that facility.

## COUNT ONE

(Falsification of Financial Records Required to be Kept by Labor Union, 29 U.S.C. § 439(c))

6.  The United States Attorney repeats and incorporates by reference the allegations in paragraphs 1-5 of this Information and further charges:

7.  From in or about November of 1999, through in or about December of 1999, within the District of Massachusetts and elsewhere,

## JOSEPH CALCAGNO,

defendant herein, did willfully make and cause to be made false entries in records required to be maintained by Sections 431 and 436 of Title 29, United States Code, that is, false documents reflecting financial disbursements of approximately $6,305 to the Campello Veterans Fireman's Association during calendar year 1999.

All in violation of Title 29, United States Code, Section 439(c).

## SENTENCING FACTORS

8. With respect to Count 1 of the Information:

a. The offense was committed to facilitate or conceal a theft and embezzlement and the loss caused by defendant's acts and omissions that were part of the same course of conduct and common scheme, was greater than $70,000, as described in U.S.S.G. §2B1.1, as referenced in U.S.S.G. §2E5.3(a)(2) [eff. Nov. 1, 1999];

b. The offense involved more than minimal planning, as described in U.S.S.G. §2B1.1, as referenced in U.S.S.G. §2E5.3(a)(2) [eff. Nov. 1, 1999]; and

c. The defendant abused a position of private trust in a manner that significantly facilitated the commission and concealment of the offense, as described in U.S.S.G. §3B1.3 [eff. Nov. 1, 1999].

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

dated: November 24, 2004

By: _____
PAUL G. LEVENSON
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04CR 10350 RCL**

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: Brockton | Category No. III | Investigating Agency: IRS FBI |
| City: Brockton | Related Case Information: | |
| County: Plymouth | Superseding Ind./Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

FILED US'S OFFICE
2004 NOV 24 A 10: 56
US DISTRICT COURT
DISTRICT OF MASS.

## Defendant Information:

Defendant Name: JOSEPH CALCAGNO     Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: 115 Harvard Street, Bridgewater, MA 02324

Birth date (Year only): 1950   SSN (last 4 #): 2019   Sex: M   Race: White   Nationality: USA

Defense Counsel if known: Charles Rankin, Esq.     Address: 1 Commercial Wharf North, Boston, MA 02110

Bar Number: _____

## U.S. Attorney Information:

AUSA: Paul G. Levenson     Bar Number if applicable: 553946

Interpreter: ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

## Location Status:

Arrest Date: n/a

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:  ☐ Petty   ☒ Misdemeanor 1   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 24, 2004     Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSEPH CALCAGNO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 29 U.S.C. § 439(c) | Falsification of Union Financial Records | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**