AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES
v
Joseph CALCAGNO

APPEARANCE

CASE NUMBER: 04-CR-10350

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Joseph Calcagno

Date: 2-16-05

Filed In Open Court
2-16-05
P.B.

Signature: [signed]

Print Name: Charles W. Rankin

Address: Rankin & Sultan
1 Commercial Wharf North

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617-720-0011

(Retained)