UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      v. )<br>         )<br>JOSEPH CALCAGNO, )<br>         )<br>      Defendant. )<br>         ) | CRIMINAL No. 04-cr-10350-RCL |

NOTICE OF PLEA AGREEMENT

The United States, by its undersigned counsel, hereby notifies the Court that the defendant and the United States Attorney have entered into an agreement for defendant to tender a plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(B).  A copy of the agreement is attached.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

dated:  April 22, 2005

                 By: /s/ Paul G. Levenson
                     PAUL G. LEVENSON
                     Assistant U.S. Attorney
                     John Joseph Moakley United States Courthouse
                     1 Courthouse Way, Suite 9200
                     Boston, MA 02210
                     (617) 748-3147

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-CR-10350-RCL |
| JOSEPH CALCAGNO, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only.

      Notice of Plea Agreement

The original documents are maintained in the case file in the Clerk's office.

```
Date: April 25, 2005        By:  /s/ Paul  G. Levenson
                                 PAUL G. LEVENSON
                                 Assistant U.S. Attorney
                                 John Joseph Moakley
                                   United States Courthouse
                                 1 Courthouse Way, Suite 9200
                                 Boston, MA 02210
                                 (617) 748-3147
```