# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PRETRIAL SERVICES

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-793-0444
FAX: 508-793-0443

April 27, 2005

Honorable Reginald C. Lindsay
U.S. District Judge
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: CALCAGNO, Joseph
CR#04-10350-RCL
<u>Release Status Letter</u>

Dear Judge Lindsay:

Mr. Calcagno is scheduled to appear before Your Honor this afternoon for a Rule 11 Hearing. This letter is being submitted to apprize Your Honor of the defendant's pretrial release status.

The defendant appeared before Magistrate Judge Joyce L. Alexander on February 16, 2005 for his Initial Appearance. At that time, the defendant was ordered released on Personal Recognizance with the statutory conditions.

A recent records check reveals no new arrests nor any outstanding warrants.

This letter is being submitted for informational purposes only.

Respectively submitted,

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer

Honorable Reginald C. Lindsay      - 2 -      April 27, 2005

cc:     Paul Levenson,   AUSA
         Charles Rankin,   Counsel for the defendant.
         Allyson Lorimer,   DCUSPO