UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 1:04-CR-10350 |
| | ) | |
| JOSEPH CALCAGNO | ) | |
| | ) | |

ORDER

LINDSAY, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Joseph Calcagno to Mass. Laborers' District Council as part of the sentence imposed September 20, 2005, shall be issued payable to LIUNA Local Union 1162. The name change request was made by Tom Coffey, Esq., Office of the Regional Attorney, for Laborers' International Union of North America by letter dated May 3, 2006 (attached).

Dated: May 23, 2006

_____
Reginald C. Lindsay, U.S.D.J.